Case 1:22-cv-11176-PBS   Document 132   Filed 10/03/22   Page 1 of 8

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CYNOSURE, LLC, et al.;

    Plaintiffs,

v.

REVEAL LASERS LLC., et al.;

    Defendants.

Civil Action No. 1:22-cv-11176-PBS

## PLAINTIFFS' MOTION FOR EXPEDITED ORDER TO COMPEL COMPLIANCE WITH TRO WITH RESPECT TO RETURN OF CYNOSURE CONFIDENTIAL INFORMATION

---

10/25/22

Denied as moot in light of defendants' response. Reveal shall provide a document preservation notice to the 16 new defendants.

/s/ Patti B. Saris