**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CYNOSURE, LLC, et al.;

Plaintiffs,

v.

REVEAL LASERS LLC., et al.;

Defendants.

Civil Action No. 1:22-CV-11176-PBS

**PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

Plaintiffs Cynosure, LLC and Lotus Parent, Inc. (collectively, "Cynosure") respectfully move this Court pursuant to Federal Rule of Civil Procedure 26(c) for a protective order regarding Defendants' deposition notices to Nadav Tomer, Michael Davin, and Cynosure (served under to Fed. R. Civ. P. 30(b)(6).

The grounds for this Motion are fully set forth in the accompanying Memorandum of Law; Declaration of Dipanwita Deb Amar in Support of Plaintiffs' Motion, and exhibits thereto, filed this date in support of this Motion.

## REQUEST FOR ORAL ARGUMENT

Cynosure respectfully requests oral argument on this Motion.

Dated: February 9, 2024

Respectfully submitted,

CYNOSURE, LLC
LOTUS PARENT, INC.

By their attorneys,

*/s/ Dipanwita Deb Amar*
Dipanwita Deb Amar
Joseph Farris
Matthew Diton
ARNOLD & PORTER KAYE SCHOLER LLP
3 Embarcadero Center, 10th Floor
San Francisco, California 94111
dipanwita.amar@arnoldporter.com
joseph.farris@arnoldporter.com
matthew.diton@arnoldporter.com
T: +1 415.471.3100
F: +1 415.471.3400
*Admitted Pro Hac Vice*

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rules 7.1 and 37.1, I hereby certify that counsel for Plaintiffs have conferred with counsel for Defendants and have attempted in good faith to resolve or narrow the areas of disagreement to the greatest possible extent before filing this Motion.

*/s/ Dipanwita Deb Amar*
Dipanwita Deb Amar

## CERTIFICATE OF SERVICE

I, Dipanwita Deb Amar, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on February 9, 2024.

*/s/ Dipanwita Deb Amar*
Dipanwita Deb Amar