UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNOSURE, LLC, et al.;<br><br>       Plaintiffs,<br><br> v.<br><br>REVEAL LASERS LLC, et al.;<br><br>       Defendants. | Civil Action No. 1:22-CV-11176-PBS |

## [PLAINTIFFS' PROPOSED] VERDICT FORM

 We, the jury, unanimously return the following verdict:

**Breach of Contract**

**Question 1:** Did any of the following defendants breach their contractual obligations to Cynosure, LLC and/or Lotus Parent, Inc. (referred to together as "Cynosure")?

*Answering "Yes" below indicates a finding for Cynosure.*

*Answering "No" below indicates a finding for the defendant.*

    As to Robert Daley:    YES _____  NO _____

    As to Christopher Chambers:  YES _____  NO _____

**Question 2:** Did any of the following defendants breach the covenant of good faith and fair dealing in their contracts with Cynosure?

*Answering "Yes" below indicates a finding for Cynosure.*

*Answering "No" below indicates a finding for the defendant.*

    As to Robert Daley:    YES _____  NO _____

    As to Christopher Chambers:  YES _____  NO _____

*If you answered "Yes" as to any defendant(s) on Questions 1 and/or 2, continue to Question 3. If you answered "No" as to all defendants on Questions 1 and 2, skip to Question 8.*

**Question 3:** What sum of money would fairly and reasonably compensate Cynosure for the harm caused by the breach(es) of contract and/or of the covenant of good faith and fair dealing?

Please write in the amount in the space below.

$ _____

**Question 4:** If you found that Robert Daley breached the Lotus Parent, Inc. Employee Stock Option Agreement, was that breach willful or wanton?

YES _____   NO _____

*If you answered "Yes" to Question 4, continue to Question 5. If you answered "No" to Questions 4, skip to Question 6.*

**Question 5:** What amount of money do you award as punitive damages against Robert Daley for his breach of the Lotus Parent, Inc. Employee Stock Option Agreement?

Please write in the amount in the space below.

$ _____

**Question 6:** If you found that Christopher Chambers breached the Lotus Parent, Inc. Employee Stock Option Agreement, was that breach willful or wanton?

YES _____   NO _____

*If you answered "Yes" to Question 6, continue to Question 7. If you answered "No" to Question 6, skip to Question 8.*

**Question 7:** What amount of money do you award as punitive damages against Christopher Chambers for his breach of the Lotus Parent, Inc. Employee Stock Option Agreement?

Please write in the amount in the space below.

$ _____

**Tortious Interference with Contractual Relations (Former Cynosure Employees)**

**Question 8:**  Did any of the following defendants tortiously interfere with Cynosure's contractual relationships with any or all of the Former Employees—that is, Robert Daley, Christopher Chambers, Cory Murrell, Brogan Bair-Chambers, Joshua Smith, Michael Russo, Kyle Shapero, Jason Kalso, David Krueger, Dean Fiacco, Robert Fiacco, Daniel Demarco, Tara (Bushman) Kosofsky, Jason Steinhorn, Colby Cameron, Matthew Malone, Kristopher Stennick, Victoria Bailey, Robert Smith, Mark Sargent, Savannah Padron, Nate Dahlstrom, Matthew Calabrese, Chase Tolusic, Anna Bergslien, Kalee Gibbons, Katherine Phillips, and/or Jesse Morgan?

*Answering "Yes" below indicates a finding for Cynosure.*

*Answering "No" below indicates a finding for the defendant.*

As to Reveal Lasers LLC and Reveal Lasers Ltd. (referred to together as "Reveal Lasers"):   YES _____   NO _____

As to Robert Daley:   YES _____   NO _____

As to Christopher Chambers:   YES _____   NO _____

*If you answered "Yes" as to any defendant on Question 8, continue to Question 9.  If you answered "No" as to all defendants on Question 8, skip to Question 10.*

**Question 9:**  What sum of money would fairly and reasonably compensate Cynosure for the harm caused by the tortious interference with its contractual relationships?

Please write in the amount in the space below.

$ _____

**Breach of the Duty of Loyalty**

**Question 10:** Did any of the following defendants breach their duty of loyalty owed to Cynosure?

*Answering "Yes" below indicates a finding for Cynosure.*

*Answering "No" below indicates a finding for the defendant.*

        As to Robert Daley:        YES _____        NO _____

        As to Christopher Chambers:        YES _____        NO _____

*If you answered "Yes" as to any defendant on Question 10, continue to Question 11.  If you answered "No" as to all defendants on Question 10, skip to Question 13.*

**Question 11:** Did Reveal Lasers aid and abet the breach(es) of the duty of loyalty?

        YES _____        NO _____

**Question 12:** What sum of money would fairly and reasonably compensate Cynosure for the harm caused by the breach(es) of the duty of loyalty?

Please write in the amount in the space below.

$ _____

**Trade Secret Misappropriation**

**Question 13:** Did any of the following defendants misappropriate Cynosure's trade secrets?

*Answering "Yes" below indicates a finding for Cynosure.*

*Answering "No" below indicates a finding for the defendant.*

|  |  |  |
|---|---|---|
| As to Reveal Lasers: | YES _____ | NO _____ |
| As to Robert Daley: | YES _____ | NO _____ |
| As to Christopher Chambers: | YES _____ | NO _____ |

*If you answered "Yes" as to any defendant on Question 13, continue to Question 14.  If you answered "No" as to all defendants on Question 13, skip to Question 18.*

**Question 14:**  Were the Cynosure trade secrets that were misappropriated used or intended to be used in interstate and/or foreign commerce?

YES _____      NO _____

**Question 15:**  Did Reveal Lasers knowingly benefit from the trade secrets that were misappropriated by Robert Daley and/or Christopher Chambers?

YES _____      NO _____

**Question 16:**  Was the misappropriation of Cynosure's trade secrets willful and malicious?

YES _____      NO _____

**Question 17:**  What sum of money would fairly and reasonably compensate Cynosure for the harm caused by the misappropriation of its trade secrets?

Please write in the amount in the space below.

$ _____

**Tortious Interference with Contractual or Business Relations (SinoPharm)**

**Question 18:**  Did any of the following defendants tortiously interfere with Cynosure's contractual relationship with SinoPharm?

*Answering "Yes" below indicates a finding for Cynosure.*

*Answering "No" below indicates a finding for the defendant.*

| | | |
|---|---|---|
| As to Reveal Lasers: | YES _____ | NO _____ |
| As to Robert Daley: | YES _____ | NO _____ |
| As to Christopher Chambers: | YES _____ | NO _____ |

**Question 19:**  Did any of the following defendants tortiously interfere with Cynosure's business relationship with SinoPharm?

*Answering "Yes" below indicates a finding for Cynosure.*

*Answering "No" below indicates a finding for the defendant.*

| | | |
|---|---|---|
| As to Reveal Lasers: | YES _____ | NO _____ |
| As to Robert Daley: | YES _____ | NO _____ |
| As to Christopher Chambers: | YES _____ | NO _____ |

*If you answered "Yes" as to any defendant on Questions 18 and/or 19, continue to Question 20. If you answered "No" as to all defendants on Questions 18 and 19, skip to Question 21.*

**Question 20:**  What sum of money would fairly and reasonably compensate Cynosure for the harm caused by the tortious interference with its relationship with SinoPharm?

Please write in the amount in the space below.

$ _____

**<u>Unfair and Deceptive Trade Practices</u>**

**Question 21:**  Did any of the following defendants engage in unfair or deceptive trade practices?

*Answering "Yes" below indicates a finding for Cynosure.*

*Answering "No" below indicates a finding for the defendant.*

| | | |
|---|---|---|
| As to Reveal Lasers: | YES _____ | NO _____ |
| As to Robert Daley: | YES _____ | NO _____ |
| As to Christopher Chambers: | YES _____ | NO _____ |

*If you answered "Yes" as to any defendant on Question 21, continue to Question 22.  If you answered "No" as to all defendants on Question 21, skip to Question 24.*

**Question 22:**  Were the unfair or deceptive trade practices done willfully or knowingly?

YES _____     NO _____

**Question 23:**  What sum of money would fairly and reasonably compensate Cynosure for the harm caused by the unfair or deceptive trade practices?

Please write in the amount in the space below.

$ _____

**Conspiracy**

**Question 24:**  Did any of the following defendants engage in a conspiracy to (1) tortiously interfere with Cynosure's contractual relationships with one or more of the Former Employees; (2) breach a duty of loyalty owed to Cynosure; (3) misappropriate one or more of Cynosure's trade secrets; (4) tortiously interfere with Cynosure's contractual or business relationship with SinoPharm; and/or (5) engage in deceptive or unfair trade practices?

*Answering "Yes" below indicates a finding for Cynosure.*

*Answering "No" below indicates a finding for the defendant.*

| | | |
|---|---|---|
| As to Reveal Lasers: | YES _____ | NO _____ |
| As to Robert Daley: | YES _____ | NO _____ |
| As to Christopher Chambers: | YES _____ | NO _____ |

*Your verdict is complete.  Stop and sign the verdict form at the end.*

**Foreperson Name (Please Print):**

_____


**Foreperson Signature:**

_____


**Date Jury Reached Verdict:**

_____

Dated: May 14, 2024               Respectfully Submitted,

                                                CYNOSURE, LLC
                                                LOTUS PARENT, INC.
                                                By their attorneys,

                                                */s/ Dipanwita Deb Amar*
                                                Dipanwita Deb Amar
                                                Joseph Farris
                                                Matthew Diton
                                                dipanwita.amar@arnoldporter.com
                                                joseph.farris@arnoldporter.com
                                                matthew.diton@arnoldporter.com
                                                *Admitted Pro Hac Vice*

                                                Joshua S. Barlow (SBN: 667472)
                                                Fred A. Kelly Jr. (SBN: 544046)
                                                ARNOLD & PORTER KAYE SCHOLER
                                                200 Clarendon Street, 53rd Floor
                                                Boston, MA 02116
                                                Joshua.barlow@arnoldporter.com
                                                Fred.kelly@arnoldporter.com
                                                T: +1 617.351.8050
                                                F: +1 627.226.9199

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF on May 14, 2024.

                                                **ARNOLD & PORTER KAYE SCHOLER LLP**

                                          By: */s/ Dipanwita Deb Amar*
                                               DIPANWITA DEB AMAR
                                        Attorneys for Plaintiffs CYNOSURE, LLC and
                                        LOTUS PARENT, INC.