# Exhibit A

# DOCUMENT FILED UNDER SEAL

# Exhibit B

# DOCUMENT FILED UNDER SEAL

# Exhibit C

# DOCUMENT FILED UNDER SEAL

# Exhibit D

# DOCUMENT FILED UNDER SEAL

# Exhibit E

# DOCUMENT FILED UNDER SEAL