**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNOSURE, LLC, et al.; | Civil Action No. 1:22-CV-11176-PBS |
| Plaintiffs, | |
| v. | |
| REVEAL LASERS LLC., et al.; | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFFS ON THEIR CHAPTER 93A CLAIM, FOR PREJUDGMENT INTEREST, AND FOR ATTORNEYS' FEES AND COSTS**

Pursuant to the Court's October 11, 2024 Order (ECF No. 663), Plaintiffs Cynosure, LLC and Lotus Parent, Inc. (collectively, "Cynosure") respectfully move this Court for an order (i) finding Defendants Reveal Lasers LLC, Reveal Lasers LTD, Robert Daley, and Christopher Chambers liable under Mass. Gen. Laws ch. 93A ("Chapter 93A"); (ii) finding that Defendants Reveal Lasers LLC, Reveal Lasers LTD, Robert Daley, and Christopher Chambers' violations of Chapter 93A were willful or knowing so as to warrant multiple damages of no less than double (but no more than treble) Cynosure's actual damages of $25,000,000 (i.e., doubled to $50,000,000 or trebled to $75,000,000), as permitted by statute; (iii) finding that Cynosure is entitled to its attorneys' fees and costs (to be subsequently briefed on a schedule set by the Court); (iv) fixing the amount of prejudgment interest to which Cynosure is entitled in its judgment; and (v) granting such other relief as the Court finds just and appropriate.

The grounds for this Motion are fully set forth in the accompanying Memorandum of Law and the Declaration of Bruce McFarlane, filed this date in support of this Motion.

**REQUEST FOR ORAL ARGUMENT**

Cynosure respectfully requests oral argument on this Motion.


Dated:  October 25, 2024, 2024          Respectfully submitted,

                                        CYNOSURE, LLC
                                        LOTUS PARENT, INC.

                                        By their attorneys,



                                        */s/ Dipanwita Deb Amar*
                                        Dipanwita Deb Amar
                                        Joseph Farris
                                        Matthew Diton
                                        ARNOLD & PORTER KAYE SCHOLER LLP
                                        3 Embarcadero Center, 10th Floor
                                        San Francisco, California 94111
                                        dipanwita.amar@arnoldporter.com
                                        joseph.farris@arnoldporter.com
                                        matthew.diton@arnoldporter.com
                                        T: +1 415.471.3100
                                        F: +1 415.471.3400
                                        *Admitted Pro Hac Vice*

                                        Joshua S. Barlow (SBN: 667472)
                                        Fred A. Kelly Jr. (SBN: 544046)
                                        ARNOLD & PORTER KAYE SCHOLER LLP
                                        200 Clarendon Street, 53rd Floor
                                        Boston, MA 02116
                                        Joshua.barlow@arnoldporter.com
                                        Fred.kelly@arnoldporter.com
                                        T: +1 617.351.8050
                                        F: +1 627.226.9199

**CERTIFICATE OF COMPLIANCE**

In accordance with Local Rule 7.1, I hereby certify that counsel for Plaintiffs have conferred with counsel for Defendants and have attempted in good faith to resolve or narrow the areas of disagreement to the greatest possible extent before filing this Motion.

                                        */s/ Dipanwita Deb Amar*
                                        Dipanwita Deb Amar

-2-

## CERTIFICATE OF SERVICE

I, Dipanwita Deb Amar, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 25, 2024.

*/s/ Dipanwita Deb Amar*
Dipanwita Deb Amar