UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNOSURE, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REVEAL LASERS LLC., et al., <br><br> Defendants. | Civil Action No. 1:22-cv-11176-PBS |

**DECLARATION OF BRUCE McFARLANE**

## DECLARATION OF BRUCE McFARLANE

I, Bruce McFarlane, declare as follows:

1. I am an independent expert in analyzing and measuring the financial impact associated with alleged wrongful conduct. I hold a Bachelor of Arts degree in Business Administration from the University of Washington (1984). I held an active Certified Public Accountant license for 26 years until I elected to retire to inactive status in 2014. I am also a Certified Management Accountant.

2. In the above-captioned lawsuit, I prepared two expert reports concerning Cynosure's damages and testified at the jury trial regarding the same. I submit this declaration in support of Cynosure's Motion for Entry of Judgment in Favor of Plaintiffs on Their Chapter 93A Claim, for Prejudgment Interest, and for Attorneys' Fees and Costs. I have personal knowledge of the following facts, and, if called upon to do so, I could and would testify competently thereto.

3. I was asked to prepare a calculation of the amount of prejudgment interest sought by Cynosure in connection with the September 27, 2024 jury verdict. My calculations of prejudgment interest are shown in Appendix 1 and Appendix 2 of this Declaration.

4. I have been asked by counsel to assume that the rate of prejudgment interest to which Cynosure is entitled is 12 percent per annum without compounding (i.e., simple interest).

5. I have been asked by counsel to calculate prejudgment interest during the period July 20, 2022 (the date Cynosure filed its original complaint in this matter) through October 25, 2024.

6. Applying these assumptions to the $15,000,000 compensatory damages verdict regarding Reveal Lasers LLC and/or Reveal Lasers Ltd., prejudgment interest through October 25, 2024, is $4,084,190.43 (Appendix 1). Damages plus prejudgment interest through October 25, 2024, total $19,084,190.43 (Appendix 1).

7. Applying these assumptions to the $5,000,000 compensatory damages verdict regarding Robert Daley, prejudgment interest through October 25, 2024, is $1,361,396.81 (Appendix 1).  Damages plus prejudgment interest through October 25, 2024, total $6,361,396.81 (Appendix 1).

8. Applying these assumptions to the $5,000,000 compensatory damages verdict regarding Chris Chambers, prejudgment interest through October 25, 2024, is $1,361,396.81 (Appendix 1).  Damages plus prejudgment interest through October 25, 2024, total $6,361,396.81 (Appendix 1).

9. Applying these assumptions to the combined total $25,000,000 compensatory damages verdict regarding Reveal Lasers LLC, Reveal Lasers Ltd., Robert Daley, and Chris Chambers, total prejudgment interest through October 25, 2024, is $6,806,984.06 (Appendix 1). Total damages plus total prejudgment interest through October 25, 2024, is $31,806,984.06 (Appendix 1).

10. I have also been asked to calculate the daily and cumulative prejudgment interest and damages post October 25, 2024, through January 31, 2025.  My calculation of such is set forth in Appendix 2.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

October 25, 2024

By:

_____
BRUCE McFARLANE

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF on October 25, 2024.

                                **ARNOLD & PORTER KAYE SCHOLER LLP**

                                By:  /s/ *Dipanwita Deb Amar*
                                      DIPANWITA DEB AMAR

                                      Attorneys for Plaintiffs CYNOSURE, LLC
                                      and LOTUS PARENT, INC.

**Cynosure, LLC, et al. v. Reveal Lasers LLC, et al.**  Appendix 1
**Summary of Damages + Prejudgment Interest**
**Calculation of Damages + Prejudgment Interest Through October 25, 2024**

| Year | Damages Verdict | Prejudgment Interest — Daily Prejudgment Interest Rate | Prejudgment Interest — Number of Days w/ Interest | Prejudgment Interest | Damages + Prejudgment Interest |
|---|---|---|---|---|---|
| | [a] | [b] | [c] | [a] x [b] x [c] | |
| **Reveal Lasers LLC and/or Reveal Lasers Ltd.** | | | | | |
| 2022 | $15,000,000 | 0.032877% | 165 | $813,698.63 | |
| 2023 | $15,000,000 | 0.032877% | 365 | $1,800,000.00 | |
| 2024 | $15,000,000 | 0.032787% | 299 | $1,470,491.80 | |
| | | | | **$4,084,190.43** | $19,084,190.43 |
| **Robert Daley** | | | | | |
| 2022 | $5,000,000 | 0.032877% | 165 | $271,232.88 | |
| 2023 | $5,000,000 | 0.032877% | 365 | $600,000.00 | |
| 2024 | $5,000,000 | 0.032787% | 299 | $490,163.93 | |
| | | | | **$1,361,396.81** | $6,361,396.81 |
| **Chris Chambers** | | | | | |
| 2022 | $5,000,000 | 0.032877% | 165 | $271,232.88 | |
| 2023 | $5,000,000 | 0.032877% | 365 | $600,000.00 | |
| 2024 | $5,000,000 | 0.032787% | 299 | $490,163.93 | |
| | | | | **$1,361,396.81** | $6,361,396.81 |
| **All Defendants** | | | | | |
| 2022 | $25,000,000 | 0.032877% | 165 | $1,356,164.38 | |
| 2023 | $25,000,000 | 0.032877% | 365 | $3,000,000.00 | |
| 2024 | $25,000,000 | 0.032787% | 299 | $2,450,819.67 | |
| | | | | **$6,806,984.06** | $31,806,984.06 |

[a]  Jury Verdict Form, Cynosure v. Reveal Lasers, Civil Action No. 22-cv-11176-PBS, Document 646 filed 9/27/24, pp. 10, 11
[b]  Calculation of Daily Prejudgment Interest Rate

| Year | Prejudgment Interest Rate | Number of Days in Year | Daily PI Rate |
|---|---|---|---|
| | [d] | | = PI % / # of Days |
| 2022 | 12.0% | 365 | 0.032877% |
| 2023 | 12.0% | 365 | 0.032877% |
| 2024 | 12.0% | 366 | 0.032787% |

[c]  Calculation of Number of Days in Prejudgment Interest Period

| | Year | Begin Date | End Date | Days w/ Interest |
|---|---|---|---|---|
| | | | | [f] |
| [e] | 2022 | 7/20/22 | 12/31/2022 | 165 |
| | 2023 | 1/1/2023 | 12/31/2023 | 365 |
| [e] | 2024 | 1/1/2024 | 10/25/24 | 299 |

[d]  Prejudgment Interest Rate per annum =   12.0%   Per Counsel
[e]  Prejudgment Interest Period = July 20, 2022 through October 25, 2024.  Per Counsel
[f]  Number of Days in Prejudgment Interest Period = [End Date] - [Begin Date] + 1

**Cynosure, LLC, et al. v. Reveal Lasers LLC, et al.**  Appendix 2
**Summary of Damages + Prejudgment Interest**
**Calculation of Damages + Daily and Cumulative Prejudgment Interest Post October 25, 2024**

|     | Date | Reveal Lasers | | | Robert Daley \| Chris Chambers | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|     |     | Daily Simple Interest | Cumulative Interest | Damages + Interest | Daily Simple Interest | Cumulative Interest | Damages + Interest |
|     |     | [b] | | | [b] | | |
| [a] | 10/25/24 |          | $4,084,190.43 | $19,084,190.43 |          | $1,361,396.81 | $6,361,396.81 |
|     | 10/26/24 | 4,918.03 | 4,089,108.47  | 19,089,108.47  | 1,639.34 | 1,363,036.16  | 6,363,036.16  |
|     | 10/27/24 | 4,918.03 | 4,094,026.50  | 19,094,026.50  | 1,639.34 | 1,364,675.50  | 6,364,675.50  |
|     | 10/28/24 | 4,918.03 | 4,098,944.53  | 19,098,944.53  | 1,639.34 | 1,366,314.84  | 6,366,314.84  |
|     | 10/29/24 | 4,918.03 | 4,103,862.56  | 19,103,862.56  | 1,639.34 | 1,367,954.19  | 6,367,954.19  |
|     | 10/30/24 | 4,918.03 | 4,108,780.60  | 19,108,780.60  | 1,639.34 | 1,369,593.53  | 6,369,593.53  |
|     | 10/31/24 | 4,918.03 | 4,113,698.63  | 19,113,698.63  | 1,639.34 | 1,371,232.88  | 6,371,232.88  |
|     | 11/1/24  | 4,918.03 | 4,118,616.66  | 19,118,616.66  | 1,639.34 | 1,372,872.22  | 6,372,872.22  |
|     | 11/2/24  | 4,918.03 | 4,123,534.70  | 19,123,534.70  | 1,639.34 | 1,374,511.57  | 6,374,511.57  |
|     | 11/3/24  | 4,918.03 | 4,128,452.73  | 19,128,452.73  | 1,639.34 | 1,376,150.91  | 6,376,150.91  |
|     | 11/4/24  | 4,918.03 | 4,133,370.76  | 19,133,370.76  | 1,639.34 | 1,377,790.25  | 6,377,790.25  |
|     | 11/5/24  | 4,918.03 | 4,138,288.79  | 19,138,288.79  | 1,639.34 | 1,379,429.60  | 6,379,429.60  |
|     | 11/6/24  | 4,918.03 | 4,143,206.83  | 19,143,206.83  | 1,639.34 | 1,381,068.94  | 6,381,068.94  |
|     | 11/7/24  | 4,918.03 | 4,148,124.86  | 19,148,124.86  | 1,639.34 | 1,382,708.29  | 6,382,708.29  |
|     | 11/8/24  | 4,918.03 | 4,153,042.89  | 19,153,042.89  | 1,639.34 | 1,384,347.63  | 6,384,347.63  |
|     | 11/9/24  | 4,918.03 | 4,157,960.93  | 19,157,960.93  | 1,639.34 | 1,385,986.98  | 6,385,986.98  |
|     | 11/10/24 | 4,918.03 | 4,162,878.96  | 19,162,878.96  | 1,639.34 | 1,387,626.32  | 6,387,626.32  |
|     | 11/11/24 | 4,918.03 | 4,167,796.99  | 19,167,796.99  | 1,639.34 | 1,389,265.66  | 6,389,265.66  |
|     | 11/12/24 | 4,918.03 | 4,172,715.02  | 19,172,715.02  | 1,639.34 | 1,390,905.01  | 6,390,905.01  |
|     | 11/13/24 | 4,918.03 | 4,177,633.06  | 19,177,633.06  | 1,639.34 | 1,392,544.35  | 6,392,544.35  |
|     | 11/14/24 | 4,918.03 | 4,182,551.09  | 19,182,551.09  | 1,639.34 | 1,394,183.70  | 6,394,183.70  |
|     | 11/15/24 | 4,918.03 | 4,187,469.12  | 19,187,469.12  | 1,639.34 | 1,395,823.04  | 6,395,823.04  |
|     | 11/16/24 | 4,918.03 | 4,192,387.15  | 19,192,387.15  | 1,639.34 | 1,397,462.38  | 6,397,462.38  |
|     | 11/17/24 | 4,918.03 | 4,197,305.19  | 19,197,305.19  | 1,639.34 | 1,399,101.73  | 6,399,101.73  |
|     | 11/18/24 | 4,918.03 | 4,202,223.22  | 19,202,223.22  | 1,639.34 | 1,400,741.07  | 6,400,741.07  |
|     | 11/19/24 | 4,918.03 | 4,207,141.25  | 19,207,141.25  | 1,639.34 | 1,402,380.42  | 6,402,380.42  |
|     | 11/20/24 | 4,918.03 | 4,212,059.29  | 19,212,059.29  | 1,639.34 | 1,404,019.76  | 6,404,019.76  |
|     | 11/21/24 | 4,918.03 | 4,216,977.32  | 19,216,977.32  | 1,639.34 | 1,405,659.11  | 6,405,659.11  |
|     | 11/22/24 | 4,918.03 | 4,221,895.35  | 19,221,895.35  | 1,639.34 | 1,407,298.45  | 6,407,298.45  |
|     | 11/23/24 | 4,918.03 | 4,226,813.38  | 19,226,813.38  | 1,639.34 | 1,408,937.79  | 6,408,937.79  |
|     | 11/24/24 | 4,918.03 | 4,231,731.42  | 19,231,731.42  | 1,639.34 | 1,410,577.14  | 6,410,577.14  |
|     | 11/25/24 | 4,918.03 | 4,236,649.45  | 19,236,649.45  | 1,639.34 | 1,412,216.48  | 6,412,216.48  |
|     | 11/26/24 | 4,918.03 | 4,241,567.48  | 19,241,567.48  | 1,639.34 | 1,413,855.83  | 6,413,855.83  |
|     | 11/27/24 | 4,918.03 | 4,246,485.52  | 19,246,485.52  | 1,639.34 | 1,415,495.17  | 6,415,495.17  |
|     | 11/28/24 | 4,918.03 | 4,251,403.55  | 19,251,403.55  | 1,639.34 | 1,417,134.52  | 6,417,134.52  |
|     | 11/29/24 | 4,918.03 | 4,256,321.58  | 19,256,321.58  | 1,639.34 | 1,418,773.86  | 6,418,773.86  |
|     | 11/30/24 | 4,918.03 | 4,261,239.61  | 19,261,239.61  | 1,639.34 | 1,420,413.20  | 6,420,413.20  |
|     | 12/1/24  | 4,918.03 | 4,266,157.65  | 19,266,157.65  | 1,639.34 | 1,422,052.55  | 6,422,052.55  |
|     | 12/2/24  | 4,918.03 | 4,271,075.68  | 19,271,075.68  | 1,639.34 | 1,423,691.89  | 6,423,691.89  |
|     | 12/3/24  | 4,918.03 | 4,275,993.71  | 19,275,993.71  | 1,639.34 | 1,425,331.24  | 6,425,331.24  |
|     | 12/4/24  | 4,918.03 | 4,280,911.74  | 19,280,911.74  | 1,639.34 | 1,426,970.58  | 6,426,970.58  |
|     | 12/5/24  | 4,918.03 | 4,285,829.78  | 19,285,829.78  | 1,639.34 | 1,428,609.93  | 6,428,609.93  |
|     | 12/6/24  | 4,918.03 | 4,290,747.81  | 19,290,747.81  | 1,639.34 | 1,430,249.27  | 6,430,249.27  |
|     | 12/7/24  | 4,918.03 | 4,295,665.84  | 19,295,665.84  | 1,639.34 | 1,431,888.61  | 6,431,888.61  |
|     | 12/8/24  | 4,918.03 | 4,300,583.88  | 19,300,583.88  | 1,639.34 | 1,433,527.96  | 6,433,527.96  |
|     | 12/9/24  | 4,918.03 | 4,305,501.91  | 19,305,501.91  | 1,639.34 | 1,435,167.30  | 6,435,167.30  |
|     | 12/10/24 | 4,918.03 | 4,310,419.94  | 19,310,419.94  | 1,639.34 | 1,436,806.65  | 6,436,806.65  |
|     | 12/11/24 | 4,918.03 | 4,315,337.97  | 19,315,337.97  | 1,639.34 | 1,438,445.99  | 6,438,445.99  |
|     | 12/12/24 | 4,918.03 | 4,320,256.01  | 19,320,256.01  | 1,639.34 | 1,440,085.34  | 6,440,085.34  |
|     | 12/13/24 | 4,918.03 | 4,325,174.04  | 19,325,174.04  | 1,639.34 | 1,441,724.68  | 6,441,724.68  |
|     | 12/14/24 | 4,918.03 | 4,330,092.07  | 19,330,092.07  | 1,639.34 | 1,443,364.02  | 6,443,364.02  |

Cynosure, LLC, et al. v. Reveal Lasers LLC, et al.  
Summary of Damages + Prejudgment Interest  
Calculation of Damages + Daily and Cumulative Prejudgment Interest Post October 25, 2024

Appendix 2

| | Reveal Lasers | | | Robert Daley \| Chris Chambers | | |
|---|---|---|---|---|---|---|
| Date | Daily Simple Interest | Cumulative Interest | Damages + Interest | Daily Simple Interest | Cumulative Interest | Damages + Interest |
| | [b] | | | [b] | | |
| 12/15/24 | 4,918.03 | 4,335,010.11 | 19,335,010.11 | 1,639.34 | 1,445,003.37 | 6,445,003.37 |
| 12/16/24 | 4,918.03 | 4,339,928.14 | 19,339,928.14 | 1,639.34 | 1,446,642.71 | 6,446,642.71 |
| 12/17/24 | 4,918.03 | 4,344,846.17 | 19,344,846.17 | 1,639.34 | 1,448,282.06 | 6,448,282.06 |
| 12/18/24 | 4,918.03 | 4,349,764.20 | 19,349,764.20 | 1,639.34 | 1,449,921.40 | 6,449,921.40 |
| 12/19/24 | 4,918.03 | 4,354,682.24 | 19,354,682.24 | 1,639.34 | 1,451,560.75 | 6,451,560.75 |
| 12/20/24 | 4,918.03 | 4,359,600.27 | 19,359,600.27 | 1,639.34 | 1,453,200.09 | 6,453,200.09 |
| 12/21/24 | 4,918.03 | 4,364,518.30 | 19,364,518.30 | 1,639.34 | 1,454,839.43 | 6,454,839.43 |
| 12/22/24 | 4,918.03 | 4,369,436.34 | 19,369,436.34 | 1,639.34 | 1,456,478.78 | 6,456,478.78 |
| 12/23/24 | 4,918.03 | 4,374,354.37 | 19,374,354.37 | 1,639.34 | 1,458,118.12 | 6,458,118.12 |
| 12/24/24 | 4,918.03 | 4,379,272.40 | 19,379,272.40 | 1,639.34 | 1,459,757.47 | 6,459,757.47 |
| 12/25/24 | 4,918.03 | 4,384,190.43 | 19,384,190.43 | 1,639.34 | 1,461,396.81 | 6,461,396.81 |
| 12/26/24 | 4,918.03 | 4,389,108.47 | 19,389,108.47 | 1,639.34 | 1,463,036.16 | 6,463,036.16 |
| 12/27/24 | 4,918.03 | 4,394,026.50 | 19,394,026.50 | 1,639.34 | 1,464,675.50 | 6,464,675.50 |
| 12/28/24 | 4,918.03 | 4,398,944.53 | 19,398,944.53 | 1,639.34 | 1,466,314.84 | 6,466,314.84 |
| 12/29/24 | 4,918.03 | 4,403,862.56 | 19,403,862.56 | 1,639.34 | 1,467,954.19 | 6,467,954.19 |
| 12/30/24 | 4,918.03 | 4,408,780.60 | 19,408,780.60 | 1,639.34 | 1,469,593.53 | 6,469,593.53 |
| 12/31/24 | 4,918.03 | 4,413,698.63 | 19,413,698.63 | 1,639.34 | 1,471,232.88 | 6,471,232.88 |
| 1/1/25 | 4,918.03 | 4,418,616.66 | 19,418,616.66 | 1,639.34 | 1,472,872.22 | 6,472,872.22 |
| 1/2/25 | 4,918.03 | 4,423,534.70 | 19,423,534.70 | 1,639.34 | 1,474,511.57 | 6,474,511.57 |
| 1/3/25 | 4,918.03 | 4,428,452.73 | 19,428,452.73 | 1,639.34 | 1,476,150.91 | 6,476,150.91 |
| 1/4/25 | 4,918.03 | 4,433,370.76 | 19,433,370.76 | 1,639.34 | 1,477,790.25 | 6,477,790.25 |
| 1/5/25 | 4,918.03 | 4,438,288.79 | 19,438,288.79 | 1,639.34 | 1,479,429.60 | 6,479,429.60 |
| 1/6/25 | 4,918.03 | 4,443,206.83 | 19,443,206.83 | 1,639.34 | 1,481,068.94 | 6,481,068.94 |
| 1/7/25 | 4,918.03 | 4,448,124.86 | 19,448,124.86 | 1,639.34 | 1,482,708.29 | 6,482,708.29 |
| 1/8/25 | 4,918.03 | 4,453,042.89 | 19,453,042.89 | 1,639.34 | 1,484,347.63 | 6,484,347.63 |
| 1/9/25 | 4,918.03 | 4,457,960.93 | 19,457,960.93 | 1,639.34 | 1,485,986.98 | 6,485,986.98 |
| 1/10/25 | 4,918.03 | 4,462,878.96 | 19,462,878.96 | 1,639.34 | 1,487,626.32 | 6,487,626.32 |
| 1/11/25 | 4,918.03 | 4,467,796.99 | 19,467,796.99 | 1,639.34 | 1,489,265.66 | 6,489,265.66 |
| 1/12/25 | 4,918.03 | 4,472,715.02 | 19,472,715.02 | 1,639.34 | 1,490,905.01 | 6,490,905.01 |
| 1/13/25 | 4,918.03 | 4,477,633.06 | 19,477,633.06 | 1,639.34 | 1,492,544.35 | 6,492,544.35 |
| 1/14/25 | 4,918.03 | 4,482,551.09 | 19,482,551.09 | 1,639.34 | 1,494,183.70 | 6,494,183.70 |
| 1/15/25 | 4,918.03 | 4,487,469.12 | 19,487,469.12 | 1,639.34 | 1,495,823.04 | 6,495,823.04 |
| 1/16/25 | 4,918.03 | 4,492,387.15 | 19,492,387.15 | 1,639.34 | 1,497,462.38 | 6,497,462.38 |
| 1/17/25 | 4,918.03 | 4,497,305.19 | 19,497,305.19 | 1,639.34 | 1,499,101.73 | 6,499,101.73 |
| 1/18/25 | 4,918.03 | 4,502,223.22 | 19,502,223.22 | 1,639.34 | 1,500,741.07 | 6,500,741.07 |
| 1/19/25 | 4,918.03 | 4,507,141.25 | 19,507,141.25 | 1,639.34 | 1,502,380.42 | 6,502,380.42 |
| 1/20/25 | 4,918.03 | 4,512,059.29 | 19,512,059.29 | 1,639.34 | 1,504,019.76 | 6,504,019.76 |
| 1/21/25 | 4,918.03 | 4,516,977.32 | 19,516,977.32 | 1,639.34 | 1,505,659.11 | 6,505,659.11 |
| 1/22/25 | 4,918.03 | 4,521,895.35 | 19,521,895.35 | 1,639.34 | 1,507,298.45 | 6,507,298.45 |
| 1/23/25 | 4,918.03 | 4,526,813.38 | 19,526,813.38 | 1,639.34 | 1,508,937.79 | 6,508,937.79 |
| 1/24/25 | 4,918.03 | 4,531,731.42 | 19,531,731.42 | 1,639.34 | 1,510,577.14 | 6,510,577.14 |
| 1/25/25 | 4,918.03 | 4,536,649.45 | 19,536,649.45 | 1,639.34 | 1,512,216.48 | 6,512,216.48 |
| 1/26/25 | 4,918.03 | 4,541,567.48 | 19,541,567.48 | 1,639.34 | 1,513,855.83 | 6,513,855.83 |
| 1/27/25 | 4,918.03 | 4,546,485.52 | 19,546,485.52 | 1,639.34 | 1,515,495.17 | 6,515,495.17 |
| 1/28/25 | 4,918.03 | 4,551,403.55 | 19,551,403.55 | 1,639.34 | 1,517,134.52 | 6,517,134.52 |
| 1/29/25 | 4,918.03 | 4,556,321.58 | 19,556,321.58 | 1,639.34 | 1,518,773.86 | 6,518,773.86 |
| 1/30/25 | 4,918.03 | 4,561,239.61 | 19,561,239.61 | 1,639.34 | 1,520,413.20 | 6,520,413.20 |
| 1/31/25 | 4,918.03 | 4,566,157.65 | 19,566,157.65 | 1,639.34 | 1,522,052.55 | 6,522,052.55 |

**Cynosure, LLC, et al. v. Reveal Lasers LLC, et al.**  Appendix 2
**Summary of Damages + Prejudgment Interest**
**Calculation of Damages + Daily and Cumulative Prejudgment Interest Post October 25, 2024**

|  | Reveal Lasers | | | Robert Daley \| Chris Chambers | | |
|---|---|---|---|---|---|---|
| Date | Daily Simple Interest | Cumulative Interest | Damages + Interest | Daily Simple Interest | Cumulative Interest | Damages + Interest |
|  | [b] | | | [b] | | |

[a] Appendix 1
[b] Calculation of Daily Simple Interest

|  | Reveal Lasers | Daley/Chambers | |
|---|---|---|---|
| Damages Verdict | $15,000,000 | $5,000,000 | Appendix 1 |
| Daily Prejudgment Interest Rate (2024) | 0.032787% | 0.032787% | Appendix 1 |
| Daily Prejudgment Interest (2024) | $4,918.03 | $1,639.34 | |

4