## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Cynosure, LLC et al.
_____
           Plaintiff(s)

V.

Reveal Lasers, LLC et al.
_____
           Defendant(s)

CIVIL ACTION

NO. 22-cv-11176-PBS

### REPORT RE: REFERENCE FOR
### ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE Saris

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On November 4, 2024 I held the following ADR proceeding:

☐ SCREENING CONFERENCE      ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION                 ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL                ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☑ /were not ☐ present in person or by authorized corporate officer [except See below* ].

The case was:

☐ Settled. Your clerk should enter a _____ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☑ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:


November 7, 2024                              /s/ Paul G. Levenson
_____                               _____
     DATE                                         ADR Provider


* All corporate parties were present through representatives, either in person or via Zoom. Individual defendants Robert Daley and Christopher Chambers were present in person. No other individual defendants were present.