**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNOSURE, LLC, et al.; | Civil Action No. 1:22-CV-11176-PBS |
| Plaintiffs, | |
| v. | |
| REVEAL LASERS LLC., et al.; | |
| Defendants. | |

**PLAINTIFFS' EMERGENCY MOTION FOR ACCOUNTING AND TO PREVENT THE DISSIPATION OF ASSETS (INCLUDING PREJUDGMENT ATTACHMENT)**

[*Motion and Supporting Documents Filed Provisionally Under Seal To Give Defendants Opportunity to File Motion to Seal Pursuant to Court's Standing Procedural Civil Order re: Sealing Court Documents (May 15, 2015)*]

US 253864197v1