UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNOSURE, LLC, et al.;<br><br>Plaintiffs,<br><br>v.<br><br>REVEAL LASERS LLC., et al.;<br><br>Defendants. | Civil Action No. 1:22-CV-11176-PBS |

### CYNOSURE'S RESPONSE TO FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER (DKT. 732)

In response to the Court's Findings of Fact, Conclusions of Law, and Order (Dkt. 732), Plaintiffs Cynosure, LLC and Lotus Parent, Inc. (collectively, "Cynosure") will agree to (1) have the Court enter a partial final judgment under Fed. R. Civ. P. 54(b) with regard to the claims against Reveal Lasers Ltd., Reveal Lasers LLC, Robert Daley, and Christopher Chambers and (2) stay the claims against the remaining defendants pending any appeal that may follow entry of partial final judgment (and, in doing so, will agree to waive prejudgment interest from December 18, 2024 through the date of judgment against each remaining defendant).

Additionally, Cynosure requests that, pursuant to Fed. R. Civ. P. 54(b), the Court set a briefing and hearing schedule for Cynosure's motion for attorney's fees and costs, with Cynosure's motion being due within 30 days after entry of partial final judgment.

August 21, 2025

                                                    Respectfully submitted,

                                                    CYNOSURE, LLC
                                                    LOTUS PARENT, INC.

By their attorneys,

*/s/ Dipanwita Deb Amar*
Dipanwita Deb Amar
Joseph Farris
Matthew Diton
ARNOLD & PORTER KAYE SCHOLER LLP
3 Embarcadero Center, 10th Floor
San Francisco, California 94111
dipanwita.amar@arnoldporter.com
joseph.farris@arnoldporter.com
matthew.diton@arnoldporter-.com
T: +1 415.471.3100
F: +1 415.471.3400
*Admitted Pro Hac Vice*

Joshua S. Barlow (SBN: 667472)
Fred A. Kelly Jr. (SBN: 544046)
ARNOLD & PORTER KAYE SCHOLER LLP
200 Clarendon Street, 53rd Floor
Boston, MA 02116
Joshua.barlow@arnoldporter.com
Fred.kelly@arnoldporter.com
T: +1 617.351.8050
F: +1 627.226.9199

## **CERTIFICATE OF SERVICE**

I, Dipanwita Amar, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 21, 2025. I further certify that this document was served electronically via email on Christopher Chambers, Reveal Lasers LLC, and Reveal Lasers LTD on August 21, 2025.

*/s/ Dipanwita Deb Amar*
Dipanwita Deb Amar
