UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNOSURE, LLC, et al.; <br><br> Plaintiffs, <br> v. <br> REVEAL LASERS LLC., et al.; <br><br> Defendants. | Civil Action No. 1:22-CV-11176-PBS |

### JOINT REQUEST FOR DISMISSAL OF FAC DEFENDANTS

As discussed at the September 26, 2025 Status Conference (the "Status Conference"), Plaintiffs and Defendants Tara Kosofsky, Matt Calabrese, Nate Dahlstrom, Matt Malone, Savannah Padron, Mark Sargent, and Jason Steinhorn (together "FAC Defendants") [1] have reached a confidential settlement agreement to resolve Plaintiffs' claims against the FAC Defendants. Plaintiffs and the FAC Defendants made an oral motion to dismiss the FAC Defendants at the Status Conference, and there was no opposition from any parties present at the Status Conference.

Accordingly, pursuant to Fed. R. Civ. P. 41, Plaintiffs and the FAC Defendants jointly request that the Court grant the parties' oral motion and dismiss the FAC Defendants with prejudice in the above-captioned matter, with each party to bear their own costs and attorneys' fees, and waiving all rights of appeal.

To avoid any doubt, this Joint Request and Order does not dismiss any claims against any defendant other than FAC Defendants or in any way affect any verdict or judgment in this case.

---

[1] These individuals were made part of this case via Plaintiffs' First Amended Complaint (Dkt. No. 63) (hereinafter, "FAC"), and, accordingly are referred to as the "FAC Defendants" for that reason and to distinguish them from Defendants Reveal Lasers LLC, Reveal Lasers Ltd., Robert Daley, Christopher Chambers, Cory Murrell, Brogan Bair-Chambers, Joshua Smith, Michael Russo, Kyle Shapero, Jason Kalso, David Krueger, Dean Fiacco, Robert Fiacco, Daniel DeMarco (collectively, the "Original Defendants"). It should be noted that there were originally sixteen FAC Defendants, but as a result of Plaintiffs' Notice of Voluntary Dismissal of Certain Defendants Without Prejudice (Dkt. No. 270), filed on October 6, 2023, only the seven individual FAC Defendants named above remain in the case at this time.

IT IS SO REQUESTED AND STIPULATED, THROUGH COUNSEL OF RECORD FOR PLAINTIFFS AND THE FAC DEFENDANTS.

DATED: September 26, 2025          */s/ Dipanwita Deb Amar*
                                   Attorney for Plaintiffs
                                   Dipanwita Deb Amar (pro hac vice)
                                   Joseph Farris (pro hac vice)
                                   Matthew Diton (pro hac vice)
                                   ARNOLD & PORTER KAYE SCHOLER LLP
                                   3 Embarcadero Center, 10th Floor
                                   San Francisco, California 94111
                                   *dipanwita.amar@arnoldporter.com*
                                   *joseph.farris@arnoldporter.com*
                                   *matthew.diton@arnoldporter.com*
                                   T: +1 415.471.3100
                                   F: +1 415.471.3400

                                   Joshua S. Barlow, BBO No. 667472
                                   Fred A. Kelly Jr., BBO No. 544046
                                   ARNOLD & PORTER KAYE SCHOLER LLP
                                   200 Clarendon Street, 53rd Floor
                                   Boston, MA 02116
                                   *Joshua.barlow@arnoldporter.com*
                                   *Fred.kelly@arnoldporter.com*
                                   T: +1 617.351.8050
                                   F: +1 627.226.9199

DATED: September 26, 2025          */s/ Nicole Corvini*
                                   Attorney for the FAC Defendants
                                   Russell Beck, BBO No. 561031
                                   Nicole Corvini, BBO No. 670587
                                   Sarah C.C. Tishler, BBO No. 714062
                                   BECK REED RIDEN LLP
                                   155 Federal Street, Ste. 1302
                                   Boston, Massachusetts 02110
                                   *rbeck@beckreed.com*
                                   *ndaly@beckreed.com*
                                   *tishler@beckreed.com*
                                   T: 617.500.8660
                                   F: 617.500.8665

## **[PROPOSED] ORDER**

Upon motion of the parties, and good cause being found, FAC Defendants Tara Kosofsky, Matt Calabrese, Nate Dahlstrom, Matt Malone, Savannah Padron, Mark Sargent, and Jason Steinhorn are dismissed from this action with prejudice, with each party to bear their own costs and attorneys' fees, and waiving all rights of appeal

IT IS SO ORDERED.

DATED: _____  _____
                                        Hon. Patti B. Saris
                                        United States District Judge

-3-

**CERTIFICATE OF SERVICE**

    I, Dipanwita Deb Amar, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper and/or electronic copies will be sent to those indicated as non-registered participants on September 26, 2025.

                                                 */s/ Dipanwita Deb Amar*
                                                 Dipanwita Deb Amar