**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                               )
CYNOSURE, LLC, and LOTUS PARENT,  )
INC.,                          )
                               )
              Plaintiffs,      )
                               )    Civil Action
v.                             )    No. 22-cv-11176-PBS
                               )
REVEAL LASERS LLC, et al.,     )
                               )
              Defendants.      )
_____)
```

**PARTIAL FINAL JUDGMENT**

November 4, 2025

Saris, J.

This action came before the Court for a jury trial on the claims brought by Plaintiffs Lotus Parent, Inc. and Cynosure, LLC (together, "Cynosure") against Defendants Reveal Lasers Ltd. and Reveal Lasers LLC (together, the "Reveal entities"), Robert Daley, and Christopher Chambers (collectively, the "Trial Defendants"). The issues have been tried, and the jury has rendered its verdict. See Dkt. 646. The Court has also issued a post-trial opinion regarding Cynosure's motion for a finding on its claims against the Trial Defendants under Massachusetts General Laws Chapter 93A ("Chapter 93A"). See Dkt. 732. Pursuant to Federal Rule of Civil Procedure 54(b), the Court has determined that there is no just reason for delay, see Dkt. 741, and enters judgment as to Cynosure's claims against the Trial Defendants as follows:

1

1.    Judgment is entered in favor of Cynosure on the following claims:

    A.    against Robert Daley and Christopher Chambers for breach of contract (Count 3);

    B.    against Robert Daley and Christopher Chambers for breach of duty of loyalty/fiduciary duty (Counts 4 and 5);

    C.    against Reveal Lasers Ltd. for aiding and abetting breach of fiduciary duty (Count 6);

    D.    against all Trial Defendants for conspiracy (Count 7);

    E.    against Robert Daley and Christopher Chambers for breach of the implied covenant of good faith and fair dealing (Count 8);

    F.    against all Trial Defendants for tortious interference with contractual relations (Count 9); and

    G.    against all Trial Defendants for violation of Chapter 93A (Count 11).

2.    Judgment is entered in favor of Cynosure in the total amount of $30,000,000, which represents the $15,000,000 in compensatory damages awarded by the jury and the double damages awarded by the Court pursuant to Chapter 93A. The Trial Defendants are each liable to Cynosure for the following amounts:

    A.    The Reveal entities are liable for $30,000,000.

    B.    Robert Daley is liable for $10,000,000 as a subset of the $30,000,000 award against the Reveal entities. This $10,000,000 liability represents the $5,000,000 in compensatory damages awarded by the jury against Robert Daley and the double damages awarded by the Court pursuant to Chapter 93A. This

liability is joint and several with the Reveal entities.

C. Christopher Chambers is liable for $10,000,000 as a subset of the $30,000,000 award against the Reveal entities. This $10,000,000 liability represents the $5,000,000 in compensatory damages awarded by the jury against Christopher Chambers and the double damages awarded by the Court pursuant to Chapter 93A. This liability is joint and several with the Reveal entities.

3. Robert Daley is liable to Cynosure for additional punitive damages in the amount of $225,000.

4. Judgment is entered in favor of one or more of the Trial Defendants on the following claims:

A. in favor of all Trial Defendants for misappropriation of trade secrets (Counts 1 and 2);

B. in favor of Reveal Lasers LLC for aiding and abetting breach of fiduciary duty (Count 6); and

C. in favor of all Trial Defendants for tortious interference with prospective business relations (Count 10).

5. Cynosure is awarded prejudgment interest at a rate of 12% per annum on the compensatory damages awarded by the jury for the period between the filing of this action and the date of entry of this judgment. The total prejudgment interest awarded to Cynosure is $5,922,000. The Trial Defendants are each liable to Cynosure for the following amounts:

A. The Reveal entities are liable for $5,922,000.

B. Robert Daley is liable for $1,974,000 as a subset of the prejudgment interest awarded against the

3

Reveal entities. This liability is joint and several with the Reveal entities.

C.    Christopher Chambers is liable for $1,974,000 as a subset of the prejudgment interest awarded against the Reveal entities. This liability is joint and several with the Reveal entities.

Cynosure's claims against ten individual defendants remain pending. Those defendants have not opposed a stay of this action subject to Cynosure's agreement to waive prejudgment interest on the claims against them from December 18, 2024, to the date of entry of judgment on those claims. See Dkt. 733. Following entry of this partial final judgment, this action shall be stayed against the remaining defendants until after the exhaustion of any appeals by the Trial Defendants. The Court shall consider the issue of attorney's fees post-appeal.

SO ORDERED.

/s/ PATTI B. SARIS
Hon. Patti B. Saris
United States District Judge

4