# United States Court of Appeals
## For the First Circuit

No. 26-1124
D.C. No. 1:22-cv-11176-PBS

CYNOSURE, LLC., a Delaware limited liability company,

Plaintiff - Appellee,

LOTUS PARENT, INC., a Delaware corporation,

Plaintiff,

v.

CHRISTOPHER CHAMBERS, an individual,

Defendant - Appellant,

REVEAL LASERS LLC, a Nevada limited liability company; REVEAL LASERS LTD., a limited company; CORY MURRELL, an individual; BROGAN BAIR-CHAMBERS, an individual; JOSHUA SMITH, an individual; MICHAEL RUSSO, an individual; KYLE SHAPERO, an individual; JASON KALSO, an individual; DAVID KRUEGER, an individual; DEAN FIACCO, an individual; ROBERT FIACCO, an individual; DANIEL DEMARCO, an individual; TARA (BUSHMAN) KOSOFSKY, an individual; MARK SARGENT, an individual; SAVANNAH PADRON, an individual; CHASE TOLOSUIC, an individual; KALEE GIBBONS, an individual; KRISTOPHER STENNICK, an individual; VICTORIA BAILEY, an individual; MATTHEW CALABRESE, an individual; ANNA BERGSLIEN, an individual; JASON STEINHORN, an individual; KATHERINE PHILLIPS, an individual; JESSE MORGAN, an individual; COLBY CAMERON, an individual; NATE DAHLSTROM, an individual; ROBERT SMITH, an individual; ROBERT DALEY, an individual;  MATTHEW MALONE, an individual; DOES 1-50,

Defendants.

---

## JUDGMENT

Entered: May 28, 2026
Pursuant to 1st Cir. R. 27.0(d)

On **April 3, 2026**, this court issued an order directing the appellant to either pay the $605.00 filing fee or to file a compliant request to appeal with in forma pauperis (IFP) status before

the district court. Appellant was notified that failure to take either action would result in this case being dismissed for lack of prosecution pursuant to Local Rule 3.0(b).

A review of the district court docket sheet does not reflect payment of the filing fee nor the filing of a request for in forma pauperis status. This appeal is, therefore, dismissed for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Fred A. Kelly Jr.
Dipanwita Deb Amar
Joshua S. Barlow
Joseph Farris
Matthew R. Diton
Eric Grant Penley
Jason Kalso
Reveal Lasers LLC
Reveal Lasers Ltd
Christopher Chambers
Cory Murrell
Brogan Bair-Chambers
Joshua Smith
Michael Russo
Kyle Shapero
David Krueger
Dean Fiacco
Robert Fiacco
Daniel DeMarco
Russell Beck