# United States Court of Appeals
## For the First Circuit

No. 26-1124

CYNOSURE, LLC., a Delaware limited liability company,

Plaintiff - Appellee,

LOTUS PARENT, INC., a Delaware corporation,

Plaintiff,

v.

CHRISTOPHER CHAMBERS, an individual,

Defendant - Appellant,

REVEAL LASERS LLC, a Nevada limited liability company; REVEAL LASERS LTD., a limited company; CORY MURRELL, an individual; BROGAN BAIR-CHAMBERS, an individual; JOSHUA SMITH, an individual; MICHAEL RUSSO, an individual; KYLE SHAPERO, an individual; JASON KALSO, an individual; DAVID KRUEGER, an individual; DEAN FIACCO, an individual; ROBERT FIACCO, an individual; DANIEL DEMARCO, an individual; TARA (BUSHMAN) KOSOFSKY, an individual; MARK SARGENT, an individual; SAVANNAH PADRON, an individual; CHASE TOLOSUIC, an individual; KALEE GIBBONS, an individual; KRISTOPHER STENNICK, an individual; VICTORIA BAILEY, an individual; MATTHEW CALABRESE, an individual; ANNA BERGSLIEN, an individual; JASON STEINHORN, an individual; KATHERINE PHILLIPS, an individual; JESSE MORGAN, an individual; COLBY CAMERON, an individual; NATE DAHLSTROM, an individual; ROBERT SMITH, an individual; ROBERT DALEY, an individual; MATTHEW MALONE, an individual; DOES 1-50,

Defendants.

### MANDATE

Entered: June 22, 2026

In accordance with the judgment of May 28, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dipanwita Deb Amar
Brogan Bair-Chambers
Joshua S. Barlow
Russell Beck
Christopher Chambers
Daniel DeMarco
Matthew R. Diton
Joseph Farris
Dean Fiacco
Robert Fiacco
Jason Kalso
Fred A. Kelly Jr.
David Krueger
Cory Murrell
Eric Grant Penley
Reveal Lasers LLC
Reveal Lasers Ltd
Michael Russo
Kyle Shapero
Joshua Smith